FILED

02/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0050

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA 22-0050

| | |
|---|---|
| J.R. "BOB" EVANS<br><br>    Plaintiff and Appellant,<br><br>v.<br><br>FOX ISLAND HOMEOWNERS' ASSOCIATION, INC.,<br><br>    Defendant and Appellee. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS** |

Appellant has moved the Court for an extension of time to file his response brief to Fox Island Homeowner's Motion to Dismiss. The motion being unopposed, and finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's response brief to Fox Island Homeowner's Motion to Dismiss is due on or before March 1, 2022.

DATED AND ELECTRONICALLY SIGNED BELOW

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 17 2022